Theo ERTL, Trustee, Theo Ertl and Joseph L. Fox, Trustees, Donald M. Lesher, Trustee, Agnes Churchill, J. Lynn Dougan, Lorraine E. Gregg, Dorothy Jones Josephs, and Joan L. Savage, Plaintiffs,

v.

Donald P. HODEL, Secretary of the Interior, Defendant.

Civ. A. No. 86 F 764.

United States District Court, D. Colorado.

July 23, 1987.

William R. Roberts, Holme Roberts & Owen, Denver, Colo., Donald L. Morgan, Cleary, Gottlieb, Steen & Hamilton, Washington, D.C., for plaintiffs.

Gerald S. Fish, Dept. of Justice, Washington, D.C., Richard J. Nolan, Asst. U.S. Atty., Janet L. Miller, Deputy Atty. Gen., Natural Resources Section, Denver, Colo., for defendant.

## ORDER DISMISSING ACTION

SHERMAN G. FINESILVER, Chief Judge.

This case involves claims and patents to oil shale deposits in Colorado. The legal principles underlying this litigation involve application of *Tosco Corp. v. Hodel,* 611 F.Supp. 1130 (D.Colo.1985).

On March 6, 1987, before this case was at issue, the principal parties moved the Court to dismiss this complaint.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that this complaint and cause of action be DISMISSED, each party to pay it or their own costs.

IT IS SO ORDERED.